

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: Sheriff
Western Tidewater Regional Jail
2402 Godwin Blvd.
Suffolk, VA 23434
(757) 539-3119

CRIMINAL NO.: 2:21cr115

WE COMMAND YOU to surrender the body of <u>DONTE DEMILLE HAMPTON</u>, detained under your custody, to Special Agents Mark Gripka and Martin Zelada of the Federal Bureau of Investigation. The said agents are directed to produce the body before the United States District Court for the Eastern District of Virginia, at 600 Granby Street, Norfolk, Virginia, on the 2nd day of January, 2024, at 2:30 p.m., and at such other times as this Court may direct, then and there to do, submit to, and receive whatsoever the Court shall then and there determine. The body thereafter shall forthwith be returned by the said agents to the above-referenced institution and custody, and you have then and there this writ.

WITNESS, the Honorable Douglas E. Miller, Magistrate Judge of the United States District Court for the Eastern District of Virginia, at Norfolk, Virginia, this 12th day of December, 2023.

FERNANDO GALINDO, CLERK

By: /s/ *[signature]*
J. Hiemer, Deputy Clerk