AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 2:21cr115 |
| | ) | FID - 2126231 |
| Donte Demille Hampton | ) | FBI |
| Defendant | ) | |

**SEALED**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Donte Demille Hampton,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 - Drug-Trafficking Conspiracy (Count 1, et al)

FILED IN OPEN COURT
JAN - 2 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Date:   09/21/2022

*Issuing officer's signature*

City and state:   Norfolk, Virginia

Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 9/27/2022, and the person was arrested on (date) 1/2/2024
at (city and state) Suffolk, VA.

Date: 1/2/2024

*Arresting officer's signature*

SA Mark Gripka
*Printed name and title*